| | |
|---|---|
| Jeffrey S. Gerardo #146508<br>Steven M. Dailey #163857<br>KUTAK ROCK LLP<br>5 Park Plaza, Suite 1500<br>Irvine, CA  92614-8595<br>Telephone:  (949) 417-0999<br>Facsimile:   (949) 417-5394<br>Email:       jeffrey.gerardo@kutakrock.com<br>Email:       steven.dailey@kutakrock.com | Closed |

Attorneys for Defendant WELLS FARGO BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF7 [erroneously sued as WELLS FARGO BANK, N.A.]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SUGAY, a natural person;<br>MICHELLE SUGAY, a natural person;<br><br>        Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a National Association; JP MORGAN CHASE BANK, N.A., a National Association; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE THERETO; and DOES 1 – 100, inclusive,<br><br>        Defendants. | Case No.  2:12-cv-04712-JFW (FFMx)<br><br>District Judge John F. Walter<br>Courtroom:  16<br><br>Assigned Discovery:<br>Magistrate Judge Frederick F. Mumm<br><br>**JUDGMENT**<br><br>Date Filed:     May 30, 2012 |

On September 12, 2012, the Court entered an order granting Defendant WELLS FARGO BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF7 ["WELLS FARGO's"] Motion to Dismiss Plaintiffs ANTHONY SUGAY's and MICHELLE SUGAY's First Amended Complaint.  The Court ordered that the matter be dismissed, with prejudice, as to WELLS FARGO.

4833-4033-9218.1
14617-685

1  Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to Defendant WELLS FARGO and that a Judgment of Dismissal be entered in favor of Defendant WELLS FARGO and against Plaintiffs. Based on said judgment, Plaintiffs shall take nothing by way of the First Amended Complaint against WELLS FARGO.

Dated:   January 3, 2013        UNITED STATES DISTRICT COURT JUDGE

_____
Honorable John F. Walter

Respectfully submitted:

KUTAK ROCK  LLP


By:    /s/ Steven M. Dailey_____
       Jeffrey S. Gerardo
       Steven M. Dailey
       Attorneys for Defendants
       WELLS FARGO BANK, N.A. AS TRUSTEE
       FOR FIRST FRANKLIN MORTGAGE LOAN
       TRUST 2004-FF7

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4833-4033-9218.1
14617-685

- 2 -

JUDGMENT